No. 09–1238. HOLLINGSWORTH ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

No. 09–1404. TEAMSTERS LOCAL UNION NO. 523 *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *New Process Steel, L. P.* v. *NLRB,* 560 U. S. 674 (2010).

No. 09–9085. LEE *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the en banc opinion in *United States* v. *Corner,* 598 F. 3d 411 (CA7 2010). JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition.

No. 09–10316. BEASLEY *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carr* v. *United States,* 560 U. S. 438 (2010).

No. 09–10329. SUMMERS *v.* UNITED STATES. C. A. 4th Cir. Reported below: 361 Fed. Appx. 539;

No. 09–10337. MARES-CALDERON *v.* UNITED STATES; and VARILLA-QUEVADO *v.* UNITED STATES. C. A. 5th Cir. Reported below: 370 Fed. Appx. 518 (first judgment); 365 Fed. Appx. 583 (second judgment); and